IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH THOMAS,

        Plaintiff,                      No. CIV S-05-1243 MCE DAD P

    vs.

MANUEL MEDINA, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to comply with the court's order filed September 2, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 20, 2005 request for extension of time is granted; and

        2. Plaintiff shall submit the completed, signed Notice of Submission of Documents with twelve true and exact copies of his complaint on or before November 1, 2005.

DATED: September 23, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
thom1243.36