IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH THOMAS,

    Plaintiff,                     No. CIV S-05-1243 MCE DAD P

    vs.

MANUEL MEDINA, et al.,

    Defendants.           ORDER

_____/

        On June 28, 2005, plaintiff was granted 30 days to submit the documents required for service of his complaint. On August 19, 2005, the undersigned recommended that this action be dismissed due to plaintiff's failure to comply with the order. Plaintiff responded that the order had been delayed by prison authorities. He submitted a summons and eleven completed USM-285 forms but did not submit twelve copies of his complaint or the Notice of Submission of Documents. The court vacated the findings and recommendations and granted plaintiff 30 days to submit the remaining documents. On September 23, 2005, the court granted plaintiff an extension of time to November 1, 2005. Plaintiff has requested a sixty-day extension of time, a Notice of Submission of Documents form, and appointment of counsel or an investigator.

        Plaintiff now complains that prison authorities tampered with the court's order, removing the Notice of Submission of Documents form and the instructions for completing the

1

1  USM-285 forms.  Plaintiff claims he had no way of knowing that the Notice of Submission of
2  Documents form had been removed until he received the court's order filed September 2, 2005.
3       Plaintiff admits that he has received the court's June 28, 2005 order, albeit late.
4  He offers no explanation for his failure to submit twelve copies of his complaint, and his
5  assertion regarding the Notice of Submission of Documents form is not credible.  The June 28,
6  2005 order lists all of the documents plaintiff was required to submit and provides that

> plaintiff shall complete the attached Notice of Submission of
> Documents and submit all of the following documents to the court
> at the same time:
>     a.  The completed, signed Notice of Submission of
> Documents . . . .

10 (Order filed June 28, 2005, at 2.)  Plaintiff is cautioned that he must read court orders more
11 carefully.
12      The court will provide plaintiff with a revised Notice of Submission of
13 Documents for the purpose of submitting twelve copies of his complaint.  In the event that
14 plaintiff has also lost the copy of the complaint that was sent with the June 28, 2005 order, the
15 court will direct the Clerk to provide plaintiff with one additional copy of the pleading.  The
16 court will not grant plaintiff an additional 60 days to obtain photocopies of his complaint.
17      Plaintiff is advised that district courts lack authority to require counsel to
18 represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296,
19 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance
20 of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir.
21 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the
22 court does not find exceptional circumstances, and federal law does not provide for the
23 appointment of special investigators to conduct investigations for civil litigants.  Plaintiff's
24 request for appointment of counsel or an investigator will therefore be denied.
25 /////
26 /////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's September 22, 2005 request for a 60-day extension of time is denied;

2. Plaintiff's September 22, 2005 request for appointment of counsel or a special investigator is denied;

3. Plaintiff's September 22, 2005 request for a Notice of Submission of Documents form is granted;

4. The Clerk of the Court shall send plaintiff a copy of the complaint filed June 21, 2005; and

5. On or before November 1, 2005, plaintiff shall complete the Notice of Submission of Documents form that is attached to this order and shall submit the completed, signed Notice of Submission of Documents together with twelve true and exact copies of the endorsed complaint filed June 21, 2005.

DATED: October 3, 2005.

　　　　　　　　　　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DAD:13
thom1243.reqs

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH THOMAS,

        Plaintiff,                   No. CIV S-05-1243 MCE DAD P

    vs.

MANUEL MEDINA, et al.,        NOTICE OF SUBMISSION

        Defendants.             OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ twelve true and exact copies of the complaint filed June 21, 2005.

DATED: _____.

                                                _____
                                                Plaintiff