IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH THOMAS,

    Plaintiff,                                 No. CIV S-05-1243 MCE DAD P

    vs.

MANUEL MEDINA, et al.,

    Defendants.                  ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On October 21, 2005, the court ordered the United States Marshal to serve plaintiff's complaint on eleven defendants. The Marshal has filed a return of service unexecuted as to defendant B. Lathem. Documents sent to defendant Lathem were returned unserved because the CDC advised the Marshal that they cannot locate this person.

        If plaintiff wishes to proceed with his claims against B. Lathem, plaintiff must provide additional information that will enable the Marshal to serve the defendant. Plaintiff shall promptly seek such information through any means available to him. Plaintiff is cautioned that when service of a complaint is not made upon a defendant within 120 days after the complaint was filed, the court may be required to dismiss the plaintiff's claims against that defendant. See Fed. R. Civ. P. 4(m).

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. The Clerk of the Court is directed to send to plaintiff one summons, one USM-285 form, an instruction sheet, and a copy of the complaint filed June 21, 2005;

4       2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

7       a. One completed summons;

8       b. One completed USM-285 form for defendant B. Lathem; and

9       c. Two copies of the endorsed complaint filed June 21, 2005,

or plaintiff shall show good cause for his failure to provide such information.

DATED: December 12, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
thom1243.8e

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  JOSEPH THOMAS,
11          Plaintiff,              No. CIV S-05-1243 MCE DAD P
12     vs.
13  MANUEL MEDINA, et al.,          NOTICE OF SUBMISSION
14          Defendants.             OF DOCUMENTS
15  _____/
16          Plaintiff hereby submits the following documents in compliance with the court's
17  order filed _____:
18          _____    one completed summons form;
19          _____    one completed USM-285 form for defendant B. Lathem; and
20          _____    two copies of the June 21, 2005 complaint.
21  DATED: _____.
22
23
                                        _____
24                                      Plaintiff
25
26

3