IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**JOSEPH THOMAS,**                           No. 2:05-CV-01243 MCE DAD P

               Plaintiff,       **ORDER GRANTING**
**DEFENDANTS' FIRST REQUEST**
    **v.**                                 **FOR EXTENSION OF TIME TO**
**FILE RESPONSIVE PLEADING**
**MANUEL MEDINA, et al.,**                   **TO PLAINTIFF'S COMPLAINT**

               Defendants.

_____/

     Defendants Armstrong, Boone, Manuel, Medina, Peterson, Schievelbein, Shepherd and

Walton's first request for extension of time to file a responsive pleading to Plaintiff's Complaint

was considered by this Court, and good cause appearing,

     **IT IS HEREBY ORDERED** that:

     1.  Defendants' January 5, 2006 first request for extension of time is granted; and

     2.  Defendants are granted 30 days, to and including February 5, 2006, to file their

response to Plaintiff's Complaint.

DATED: January 5, 2006.

/thom1243.eotresponse

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE