IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH THOMAS,

    Plaintiff,                        No. CIV S-05-1243 MCE DAD P

    vs.

MANUEL MEDINA, et al.,

    Defendants.               <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On October 21, 2005, the court ordered the United States Marshal to serve plaintiff's complaint on eleven defendants. The Marshal has filed a return of service unexecuted as to defendant Lieutenant D. Krlsuh. Documents sent to defendant Krlsuh at Folsom State Prison were returned to the Marshal by the litigation coordinator for Folsom State Prison because the defendant is not employed at that institution. The Marshal was informed by the CDC that the defendant's new location is San Quentin. Documents sent to defendant Krlsuh at California State Prison, San Quentin were returned to the Marshal by the litigation coordinator for California State Prison, San Quentin because there is no Lt. D. Krlsuh working at that institution.

        If plaintiff wishes to proceed with his claims against Lieutenant D. Krlsuh, plaintiff must provide additional information that will enable the Marshal to serve the defendant.

1

1  Plaintiff shall promptly seek such information through any means available to him.  Plaintiff is
2  cautioned that when service of a complaint is not made upon a defendant within 120 days after
3  the complaint was filed, the court may be required to dismiss the plaintiff's claims against that
4  defendant.  <u>See</u> Fed. R. Civ. P. 4(m).

       Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to send to plaintiff one summons, one USM-285 form, an instruction sheet, and a copy of the complaint filed June 21, 2005;

       2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

       a. One completed summons;

       b. One completed USM-285 form for defendant Lieutenant D. Krlsuh; and

       c. Two copies of the endorsed complaint filed June 21, 2005,

or plaintiff shall show good cause for his failure to provide such information.

DATED: January 30, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
thom1243.8eKrlsuh

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH THOMAS,

    Plaintiff,               No. CIV S-05-1243 MCE DAD P

    vs.

MANUEL MEDINA, et al.,       NOTICE OF SUBMISSION

    Defendants.           OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    ____ <u>one</u> completed summons form;

    ____ <u>one</u> completed USM-285 form;

    ____ <u>two</u> copies of the June 21, 2005 complaint.

DATED: _____.

                                                              Plaintiff