IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH THOMAS,

    Plaintiff,               No. CIV S-05-1243 MCE DAD P

    vs.

MANUEL MEDINA, et al.,

    Defendants.       ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On October 21, 2005, the court ordered the United States Marshal to serve the complaint on eleven defendants. The Marshal has filed a return of service unexecuted as to defendant Lieutenant B.C. Adams. Documents sent to defendant Adams at Folsom State Prison on November 8, 2005, were returned to the Marshal. Based on information provided by the CDC, the Marshal mailed documents to defendant Adams at California State Prison-Lancaster on January 4, 2006. The documents sent to Lancaster were returned on February 9, 2006, and the CDC indicated to the Marshal that the defendant cannot be located.

        If plaintiff wishes to proceed with his claims against Lieutenant B.C. Adams, plaintiff must provide additional information that will enable the Marshal to serve the defendant. Plaintiff shall promptly seek such information through any means available to him. Plaintiff is

1

cautioned that when service of a complaint is not made upon a defendant within 120 days after the complaint was filed, the court may be required to dismiss the plaintiff's claims against that defendant.  See Fed. R. Civ. P. 4(m).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one summons, one USM-285 form, an instruction sheet, and a copy of the complaint filed June 21, 2005;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court with all of the following documents:

    a. One completed summons;

    b. One completed USM-285 form for defendant Lieutenant B.C. Adams; and

    c. Two copies of the endorsed complaint filed June 21, 2005,

or plaintiff shall show good cause for his failure to provide such information.

DATED: February 17, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
thom1243.8eAdams

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH THOMAS,

        Plaintiff,   No. CIV S-05-1243 MCE DAD P

    vs.

MANUEL MEDINA, et al.,

        Defendants.   NOTICE OF SUBMISSION

_____/   OF DOCUMENTS

    Plaintiff hereby submits the following documents in compliance with the court's order filed: _____:

    ____ <u>one</u> completed summons form;

    ____ <u>one</u> completed USM-285 form; and

    ____ <u>two</u> copies of the June 21, 2005 complaint.

DATED: _____.

                                          _____
                                          Plaintiff