IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH THOMAS,

    Plaintiff,                    No. CIV S-05-1243 MCE DAD P

    vs.

MANUEL MEDINA, et al.,

    Defendants.             ORDER

_____/

        On May 4, 2006, plaintiff filed a notice of change of address. The notice does not include a proof of service showing that the document was served on defendants' counsel. Plaintiff is advised that every document he submits to the court for filing must include proof of service on defendants' counsel. See Fed. R. Civ. P. 5; Local Rule 5-135.

        IT IS ORDERED that within fifteen days from the date of this order plaintiff shall serve a copy of his May 4, 2006 notice of change of address on defendants' counsel and shall file proof of such service. A subsequent failure to include a proper proof of service with a document filed in this action may result in an order imposing sanctions. See Local Rule 11-110.

DATED: May 30, 2006.

DAD:13:bb
thom1243.35a

Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE