IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH THOMAS,

       Plaintiff,                     No. CIV S-05-1243 MCE DAD P

       vs.

MANUEL MEDINA, et al.,

       Defendants.              <u>ORDER</u>

_____/

       Plaintiff has requested a second extension of time to file and serve opposition to defendants' March 16, 2006 motion to dismiss. Good cause appearing, IT IS ORDERED that:

       1. Plaintiff's June 9, 2006 request for enlargement of time is granted.

       2. Plaintiff's opposition to defendants' March 16, 2006 motion to dismiss shall be filed and served within thirty days from the date on which this order is signed; defendants' reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: June 19, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
thom1243.36oppsec