IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH THOMAS,                                             No. 2:05-cv-1243-MCE-DAD-P

      Plaintiff,

  v.                                                                      <u>ORDER</u>

MANUEL MEDINA, et al.,

      Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On January 17, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 17, 2007, are adopted in full;

2. Defendants' March 16, 2006 motion to dismiss pursuant to unenumerated Rule 12(b) is granted as to all of plaintiff's claims against defendants Adams, Armstrong, and Peterson and all claims that arose after November 18, 2004;

3. Plaintiff's claims against defendants Adams, Armstrong, and Peterson and all claims that arose after November 18, 2004 are dismissed without prejudice for failure to exhaust available administrative remedies prior to bringing this suit;

4. Defendants' March 16, 2006 motion to dismiss pursuant to Rule 12(b)(6) is denied; and

5. Defendants Boone, Manuel, Medina, Schievelbein, Shepherd, and Walton shall file their answer to plaintiff's complaint in accordance with Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure.

Dated: March 8, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE