IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH THOMAS,

        Plaintiff,                       No.  CIV S-05-1243 MCE DAD P

    vs.

MANUEL MEDINA, et al.,

        Defendants.          <u>ORDER</u>

                                 /

        Pursuant to the court's June 28, 2007 order, each party is required to file and serve a status report addressing nine topics.  Plaintiff has filed a status report that addresses only three of the topics.  Plaintiff will be required to file and serve an amended status report that addresses all nine topics.  Plaintiff shall not attach to the amended status report any exhibits or other documents.

        Plaintiff also requests an additional 60 days to conduct discovery.  Plaintiff is advised that the court has not yet set a cut-off date for discovery.  Accordingly, plaintiff's request will be denied as unnecessary.

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file and serve an amended status report within thirty days from the date of service of this order, and defendant's status report shall be filed and served within thirty days after plaintiff's amended status report is served; and

2. Plaintiff's request for an additional 60 days to conduct discovery is denied as unnecessary.

DATED: August 3, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
thom.40am