IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH C. THOMAS,

    Plaintiff,                        No. CIV S-05-1243 MCE DAD P

    vs.

MANUEL MEDINA, et al.,

    Defendants.                ORDER

_____/

        On April 25, 2008, defendants filed a motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiff has not opposed the motion.[1]

        Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On October 21, 2005, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

/////

---

[1] If plaintiff no longer wishes to proceed with this matter, he should file a request to dismiss this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

1       Local Rule 11-110 provides that failure to comply with the Local Rules "may be
2 grounds for imposition of any and all sanctions authorized by statute or Rule or within the
3 inherent power of the Court."  In the order filed October 21, 2005, plaintiff was advised that
4 failure to comply with the Local Rules may result in a recommendation that the action be
5 dismissed.
6       Good cause appearing, IT IS HEREBY ORDERED that, within twenty days of the
7 date of this order, plaintiff shall file an opposition, if any, to defendant's motion for summary
8 judgment.  Failure to file an opposition will be deemed as a statement of non-opposition and may
9 result in a recommendation that this action be dismissed pursuant Federal Rule of Civil
10 Procedure 41(b).
11 DATED: June 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
thom1243.46