IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH C. THOMAS,

      Plaintiff,                        No. CIV S-05-1243 MCE DAD P

      vs.

MANUEL MEDINA, et al.,

      Defendants.                ORDER

_____/

      On May 30, 2008, plaintiff filed a request for a thirty-day extension of time to file an opposition to defendants' motion for summary judgment. Before plaintiff's request appeared on the docket, this court issued an order to show cause, requiring plaintiff to file an opposition within twenty days. Good cause appearing, the court will grant plaintiff's request for a thirty-day extension of time and vacate the order to show cause.

      IT IS HEREBY ORDERED that:

      1. Plaintiff's May 30, 2008 request for an extension of time is granted;

      2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion for summary judgment; and

/////

/////

3. The court's June 4, 2008 order to show cause is vacated.

DATED: June 6, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
thom1243.36opp

2