IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH C. THOMAS,

    Plaintiff,                   No. CIV S-05-1243-MCE-DAD P

    vs.

MANUEL MEDINA, et al.,

    Defendants.               ORDER

_____/

        Plaintiff has filed his second request for an extension of time to file an opposition to defendants' motion for summary judgment. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's July 7, 2008 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file his opposition. No further extensions of time will be granted for this purpose.

DATED: July 17, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
thom1243.36opp(2)