IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH C. THOMAS,

    Plaintiff,                      No. CIV S-05-1243 MCE DAD P

    vs.

MANUEL MEDINA, et al.,

    Defendants.               ORDER

_____/

        On April 25, 2008, defendants filed a motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. On May 30, 2008, plaintiff filed a request for an enlargement of time to oppose the motion. On June 9, 2008, the court granted plaintiff's request. On July 7, 2008, plaintiff filed a second request for an enlargement of time. On July 18, 2008, the court granted plaintiff's request. The time to oppose defendants' motion has now expired, but plaintiff has still not filed an opposition to the pending motion or otherwise responded to the court's order.[1]

/////

---

[1] If plaintiff no longer wishes to proceed with this matter, he should file a request to dismiss this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

1    Local Rule 78-230(m) provides in part: "Failure of the responding party to file
2 written opposition or to file a statement of no opposition may be deemed a waiver of any
3 opposition to the granting of the motion . . . ." On October 21, 2005, plaintiff was advised of the
4 requirements for filing an opposition to the motion and that failure to oppose such a motion may
5 be deemed a waiver of opposition to the motion.

6    Local Rule 11-110 provides that failure to comply with the Local Rules "may be
7 grounds for imposition of any and all sanctions authorized by statute or Rule or within the
8 inherent power of the Court." In the order filed October 21, 2005, plaintiff was advised that
9 failure to comply with the Local Rules may result in a recommendation that the action be
10 dismissed.

11    Good cause appearing, IT IS HEREBY ORDERED that within twenty days of the
12 date of this order, plaintiff shall file an opposition, if any, to defendants' motion for summary
13 judgment. Failure to file an opposition will be deemed as a statement of non-opposition and
14 shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil
15 Procedure 41(b). In the alternative, plaintiff may file a request to dismiss this action without
16 prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.
17 DATED: October 9, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
thom1243.46(2)

2