IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH THOMAS,

    Plaintiff,                                 No. CIV S-05-1243 MCE DAD P

    vs.

MANUEL MEDINA, et al.,

    Defendants.                       <u>ORDER</u>

_____/

        Defendants have filed a motion to vacate pretrial and trial related dates in light of their pending motion for summary judgment. Under the court's scheduling order, plaintiff's pretrial statement is due January 9, 2009, and defendants' pretrial statement is due January 16, 2009. Pretrial conference is set for January 23, 2009, and jury trial is scheduled for July 27, 2009. Good cause appearing, the court will grant defendants' motion and vacate scheduling order dates related to pretrial statements, pretrial conference, and jury trial. The remainder of the court's April 22, 2008 scheduling order will remain in effect. The court will issue a revised scheduling order if necessary after the pending motion for summary judgment has been ruled upon.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' December 22, 2008 motion to vacate pretrial and trial dates (Doc. No. 82) is granted; and

2. The court's April 22, 2008 scheduling order dates related to plaintiff's pretrial statement (January 9, 2009), defendants' pretrial statement (January 16, 2009), pretrial conference (January 23, 2009), and jury trial (July 27, 2009) are vacated. The remainder of the court's April 22, 2008 scheduling order remains in effect. The court will issue a revised scheduling order if necessary after the pending motion for summary judgment has been ruled upon.

DATED: December 30, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
thom1243.41mod

2