IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH THOMAS,

    Plaintiff,                               No. CIV S-05-01243 MCE DAD P

    vs.

MANUEL MEDINA, et al.,                ORDER

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 20, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed January 20, 2009, are adopted in full;

2. Defendants' April 25, 2008 motion for summary judgment (Doc. No. 75) is granted;

3. The court declines to exercise supplemental jurisdiction over plaintiff's remaining state law claims;

4. Plaintiff's claims against defendants Latham and Krlsuh are dismissed without prejudice.  See Fed. R. Civ. P. 4(m) and 41(b); and

5. This action is closed.

Dated:  February 25, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE